IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

**CRIMINAL CASE NO. 1:12cr57**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| **DOUGLAS GENE CHERRY, JR.** | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss [Doc. 21].

There being no objection from the Defendant, the motion is granted.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 21] is hereby **GRANTED** and the Bill of Indictment is hereby **DISMISSED**.

Signed: January 11, 2013

Martin Reidinger
United States District Judge